FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2014 JUN 11 PM 1:03

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

CASE NO.:

YASHICA DAVIS,

    Plaintiff,

v.

5:14-cv-331-OC-30PRL

MARHOLIN MEDICAL INSTITUTE, LLC,
and MAURICE D. MARHOLIN,

    Defendants.
_____/

## COMPLAINT

Plaintiff, YASHICA DAVIS, by and through the undersigned counsel, Todd W. Shulby, P.A., sues the Defendants, MARHOLIN MEDICAL INSTITUTE, LLC, and MAURICE D. MARHOLIN, and alleges as follows:

1. Plaintiff brings this action against Defendants to recover unpaid wages, compensation and damages.

2. Jurisdiction is conferred on this Court by Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §216(b) and 28 U.S.C. §§1331 and 1343.

3. The unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff has been a citizen and resident of this judicial district and within the jurisdiction of this Court.

5. At all times material hereto, MARHOLIN MEDICAL INSTITUTE, LLC, was

1

Plaintiff's employer as defined by law and a corporation conducting business in this judicial district.

6. At all times material hereto MARHOLIN MEDICAL INSTITUTE, LLC, had employees engaged in commerce or in the production of goods for commerce, and/or had employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce by a person. 29 U.S.C. §203.

7. At all times material hereto, MARHOLIN MEDICAL INSTITUTE, LLC, upon information and belief, had revenue in excess of $500,000.00 per annum.

8. At all times material hereto, MAURICE D. MARHOLIN was Plaintiff's employer as defined by law. MAURICE D. MARHOLIN had operational control over MARHOLIN MEDICAL INSTITUTE, LLC, and is directly involved in decisions affecting employee compensation and hours worked by employees. Moreover, MAURICE D. MARHOLIN controlled the finances for MARHOLIN MEDICAL INSTITUTE, LLC.

9. At all times material hereto, Plaintiff was individually engaged in commerce while working for Defendants.

## COUNT I: FLSA RECOVERY OF OVERTIME WAGES

10. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 9 above.

11. Plaintiff worked for Defendants from approximately October 2013 to January 2014.

12. Plaintiff worked for Defendants as an employee.

13. Plaintiff's primary duties and responsibilities included setting and scheduling appointments, communicating with insurance companies and patients, etc.

14. Plaintiff was paid at a rate of $10 per hour for up to 40 hours.

15. During one or more workweeks, Defendants did not pay Plaintiff time and one half Plaintiff's regular rate of pay for overtime hours worked in violation of the FLSA. 29 U.S.C. §207.

16. Plaintiff was unlawfully denied overtime wages in violation of the FLSA, 29 U.S.C. §207.

17. By reason of the intentional, willful and unlawful acts of Defendants, Plaintiff has suffered damages, including liquidated, and will continue to incur costs and attorneys' fees.

18. Plaintiff is owed an additional amount equal to the amount of unpaid overtime wages as liquidated damages.

WHEREFORE, Plaintiff hereby demands judgment against Defendants for all unpaid wages, liquidated damages, attorney's fees and costs and demands a trial by jury for all issues so triable.

## TRIAL BY JURY

Plaintiff demands a trial by jury on all issues so triable.

## NOTICE OF CONSENT TO JOIN

I, YASHICA DAVIS, hereby consents, pursuant to 29 U.S.C. §216(b), to become a party Plaintiff in this action and to be represented by Todd W. Shulby, P.A., pursuant to the terms of the Attorney/ Client Agreement and Notice of Attorney's Fees and Costs Lien and Limitation of Client's Right to Settle. I further declare that the foregoing allegations are true and correct to the best of my knowledge and belief.

_____
YASHICA DAVIS, as Plaintiff

_____
DATE    May 16, 2014

Respectfully submitted,

TODD W. SHULBY, P.A.
2800 Weston Road, Suite 101
Weston, Florida 33331
Telephone No.: (954) 530-2236
Facsimile No.: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Plaintiff

By:   */s/Todd W. Shulby, Esq.*
      Todd W. Shulby, Esq.
      Florida Bar No.: 068365