**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**YASHICA DAVIS,**

    **Plaintiff,**

**v.**                                                                           **Case No: 5:14-cv-331-Oc-30PRL**

**MARHOLIN MEDICAL INSTITUTE,
LLC and MAURICE D. MARHOLIN**

    **Defendants.**

_____

**ORDER**

Defendants have retained Glenn J. Weber, Esquire who is not currently a member of the Bar of the United States District Court for the Middle District of Florida. Attorney Weber has filed a motion seeking admission to the Middle District Bar (Doc. 4) and a motion seeking temporary admission until he is admitted to practice in this Court. (Doc. 3).

Attorney Weber's motion for admission to the Middle District Bar (Doc. 4) is **DENIED** because this is not the proper procedure for obtaining admission. Pursuant to Local Rule 2.01, in addition to being a member in good standing with The Florida Bar, each applicant must submit a completed attorney admission registration form and attend an attorney admission ceremony. More information about the admissions process, including the necessary forms and dates for ceremonies can be found at the Court's website: http://www.flmd.uscourts.gov under the "Attorney Resources" tab.

However, Attorney Weber's motion for temporary admission (Doc. 3) is **GRANTED**. Pursuant to Local Rule 2.02(d), Attorney Weber is granted temporary admission to the Bar of the Middle District of Florida to represent Defendants in this action for **thirty (30)** days or until

counsel has obtained general admission to the Bar of this Court whichever is earlier. Failure to obtain general admission to the Bar of this Court within thirty days will result in the Court terminating Attorney Weber as counsel of record for Plaintiffs.

**DONE** and **ORDERED** in Ocala, Florida on July 21, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties